THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
 Respondent,
 
 
 

v.

 
 
 
Cedric Ross,       
Appellant.
 
 
 

Appeal From Aiken County
John W. Kittredge, Circuit Court Judge

Unpublished Opinion No. 2004-UP-072
Submitted November 19, 2003  Filed February 11, 2004 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda P. Hagler,  of Columbia, 
 for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr., Legal Counsel J. Benjamin Aplin, S.C. Dept. of Probation, 
 of Columbia, for Respondent.
 
 
 

PER CURIAM:  In October 2001, appellant 
 Cedric Ross pled guilty to possession with intent to distribute cocaine and 
 unlawfully carrying a pistol.  Ross received a sentence on the drug charge of 
 six years and a $2,000 fine, suspended upon service of sixty-nine days and payment 
 of $750, with three years probation.  On the weapons charge, he was sentenced 
 to one year, suspended upon service of sixty-nine days with three years probation.  
 Following a probation revocation hearing, the court revoked one year of appellants 
 probationary sentence.  We dismiss pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991).  Counsels petition to be relieved is granted.
APPEAL DISMISSED.  
 HUFF, STILWELL, and BEATTY, JJ., concur.